Patrick McMahon, WSBA #18809
Attorney for Defendants Mason County
Sheriff's Office and Sheriff Casey Salisbury
Carlson & McMahon, PLLC
715 Washington Street
P.O. Box 2965
Wenatchee, WA 98807-2965
509-662-6131
509-663-0679 Facsimile
patm@carlson-mcmahon.org

THE HONORABLE DAVID G. ESTUDILLO

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| COURTNEY JEAN BESCH<br><br>Plaintiffs,<br><br>vs.<br><br>WASHINGTON STATE DEPARTMENT OF CORRECTIONS, an Entity of the State of Washington and Cheryl Strange in her office as Secretary of the Department of Corrections and Christopher Floe, individually and in his capacity as an employee of the State of Washington Department of Corrections AND MASON COUNTY SHERIFF'S OFFICE a governmental entity and Casey Salisbury in his capacity as Sheriff and Christopher Mondry individually and in his capacity as a Deputy/employee of the Mason County Sheriff's Department.<br><br>Defendants | NO. 3:22-cv-05427-DGE<br><br>**DEFENDANTS MASON COUNTY SHERIFF'S OFFICE (a governmental entity) and CASEY SALISBURY'S (in his capacity as Sheriff) ANSWER and AFFIRMATIVE DEFENSES TO PLAINTIFF'S AMENDED COMPLAINT and DEMAND FOR JURY** |

DEFENDANTS MASON COUNTY SHERIFF'S OFFICE (a governmental entity) and CASEY SALISBURY'S (in his capacity as Sheriff) ANSWER and AFFIRMATIVE DEFENSES TO PLAINTIFF'S AMENDED COMPLAINT and DEMAND FOR JURY - Page 1

**Carlson & McMahon, PLLC**
715 Washington Street
Post Office Box 2965
Wenatchee, WA 98807-2965
(509) 662-6131    Fax (509) 663-0679

COME NOW, the above-named DEFENDANTS, MASON COUNTY SHERIFF'S OFFICE a governmental entity and Casey Salisbury in his capacity as Sheriff, (hereinafter referred to as "*this Defendant*"), above-named, by and through their attorney of record, Patrick McMahon of Carlson & McMahon, PLLC, and respectfully submit their Answer to Plaintiff's Amended Complaint with Affirmative Defenses and Demand for Jury in the above-referenced matter.

## I.   PARTIES/JURISDICTION AND VENUE

1.1   This Defendant having insufficient information to either admit or deny the allegations, denies Paragraph 1.1 of Plaintiff's Amended Complaint.

1.2   This Defendant having insufficient information to either admit or deny the allegations, denies Paragraph 1.2 of Plaintiff's Amended Complaint.

1.3   This Defendant having insufficient information to either admit or deny the allegations, denies Paragraph 1.3 of Plaintiff's Amended Complaint.

1.4   The allegations in Paragraph 1.4 contain legal conclusions that do not require a response from this Defendant. To the extent a response is required, this Defendant denies the same.

1.5   This Defendant having insufficient information to either admit or deny the allegations, denies Paragraph 1.5 of Plaintiff's Amended Complaint.

1.6   The allegations in Paragraph 1.6 of Plaintiff's Amended Complaint

DEFENDANTS MASON COUNTY SHERIFF'S OFFICE (a governmental entity) and CASEY SALISBURY'S (in his capacity as Sheriff) ANSWER and AFFIRMATIVE DEFENSES TO PLAINTIFF'S AMENDED COMPLAINT and DEMAND FOR JURY - Page 2

**Carlson & McMahon, PLLC**
715 Washington Street
Post Office Box 2965
Wenatchee, WA  98807-2965
(509) 662-6131   Fax (509) 663-0679

contain a legal conclusion as to the Mason County Sheriff's Department status as a governmental entity and, to the extent a response is required, it is denied. This Defendant admits that Sheriff Casey Salisbury is the elected sheriff for Mason County.

    1.7    The allegations in Paragraph 1.7 of Plaintiff's Amended Complaint contain legal conclusions that do not require a response from this Defendant. To the extent a response is required, this Defendant denies the same.

    1.8    The allegations in Paragraph 1.8 of Plaintiff's Amended Complaint contain legal conclusions that do not require a response from this Defendant. To the extent a response is required, this Defendant denies the same.

## II.  FACTS

    2.1    This Defendant admits that Plaintiff Courtney Besch is a female having a criminal history involving substance abuse and addiction. This Defendant having insufficient information to either admit or deny the remaining allegations of Paragraph 2.1 of Plaintiff's Amended Complaint denies the same.

    2.2    This Defendant having insufficient information to either admit or deny the allegations, denies Paragraph 2.2 of Plaintiff's Amended Complaint.

    2.3    This Defendant having insufficient information to either admit or deny the allegations, denies Paragraph 2.3 of Plaintiff's Amended Complaint.

    2.4    This Defendant having insufficient information to either admit or

DEFENDANTS MASON COUNTY SHERIFF'S OFFICE (a governmental entity) and CASEY SALISBURY'S (in his capacity as Sheriff) ANSWER and AFFIRMATIVE DEFENSES TO PLAINTIFF'S AMENDED COMPLAINT and DEMAND FOR JURY - Page 3

**Carlson & McMahon, PLLC**
715 Washington Street
Post Office Box 2965
Wenatchee, WA  98807-2965
(509) 662-6131   Fax (509) 663-0679

deny the allegations, denies Paragraph 2.4 of Plaintiff's Amended Complaint. To the extent Paragraph 2.4 alleges that former Deputy Mondry was on duty during sexual encounters with the Plaintiff, this Defendant asserts that the deputy was acting outside of the course and scope of his duties.

2.5     This Defendant having insufficient information to either admit or deny the allegations, denies Paragraph 2.5 of Plaintiff's Amended Complaint.

2.6     This Defendant having insufficient information to either admit or deny the allegations, denies Paragraph 2.6 of Plaintiff's Amended Complaint.

2.7     This Defendant having insufficient information to either admit or deny the allegations, denies Paragraph 2.7 of Plaintiff's Amended Complaint.

2.8     This Defendant having insufficient information to either admit or deny the allegations, denies Paragraph 2.8 of Plaintiff's Amended Complaint.

2.9     This Defendant having insufficient information to either admit or deny the allegations, denies Paragraph 2.9 of Plaintiff's Amended Complaint.

2.10    This Defendant admits that Deputy Mondry is no longer employed by the Mason County Sheriff's Office. This Defendant having insufficient information to either admit or deny the remaining allegations of Paragraph 2.10 of Plaintiff's Amended Complaint denies the same.

2.11    This Defendant having insufficient information to either admit or deny the allegations, denies Paragraph 2.11 of Plaintiff's Amended Complaint.

DEFENDANTS MASON COUNTY SHERIFF'S OFFICE (a governmental entity) and CASEY SALISBURY'S (in his capacity as Sheriff) ANSWER and AFFIRMATIVE DEFENSES TO PLAINTIFF'S AMENDED COMPLAINT and DEMAND FOR JURY - Page 4

**Carlson & McMahon, PLLC**
715 Washington Street
Post Office Box 2965
Wenatchee, WA 98807-2965
(509) 662-6131   Fax (509) 663-0679

2.12   This Defendant having insufficient information to either admit or deny the allegations, denies Paragraph 2.12 of Plaintiff's Amended Complaint.

2.13   This Defendant having insufficient information to either admit or deny the allegations, denies Paragraph 2.13 of Plaintiff's Amended Complaint.

2.14   This Defendant having insufficient information to either admit or deny the allegations, denies Paragraph 2.14 of Plaintiff's Amended Complaint.

2.15   This Defendant having insufficient information to either admit or deny the allegations, denies Paragraph 2.15 of Plaintiff's Amended Complaint.

2.16   This Defendant having insufficient information to either admit or deny the allegations, denies Paragraph 2.16 of Plaintiff's Amended Complaint.

2.17   This Defendant having insufficient information to either admit or deny the allegations, denies Paragraph 2.17 of Plaintiff's Amended Complaint.

2.18   This Defendant having insufficient information to either admit or deny the allegations, denies Paragraph 2.18 of Plaintiff's Amended Complaint.

### III.   CAUSES OF ACTION

**A.   SEXUAL ASSAULT AND VIOLATION OF THE PRISON RAPE ELIMINATION ACT**

3.1   This Defendant restates and reasserts all responses and denials responding to the previous paragraphs of Plaintiff's Amended Complaint.

3.2   This Defendant having insufficient information to either admit

DEFENDANTS MASON COUNTY SHERIFF'S OFFICE (a governmental entity) and CASEY SALISBURY'S (in his capacity as Sheriff) ANSWER and AFFIRMATIVE DEFENSES TO PLAINTIFF'S AMENDED COMPLAINT and DEMAND FOR JURY - Page 5

**Carlson & McMahon, PLLC**
715 Washington Street
Post Office Box 2965
Wenatchee, WA  98807-2965
(509) 662-6131   Fax (509) 663-0679

deny the allegations, denies Paragraph 3.2 of Plaintiff's Amended Complaint.

3.3    This Defendant having insufficient information to either admit or deny the allegations, denies Paragraph 3.3 of Plaintiff's Amended Complaint.

3.4    The allegations in Paragraph 3.4 of Plaintiff's Amended Complaint contain legal conclusions that do not require a response from this Defendant.  To the extent a response is required, this Defendant denies the same.

3.5    This Defendant having insufficient information to either admit or deny the allegations, denies Paragraph 3.5 of Plaintiff's Amended Complaint.

3.6    This Defendant having insufficient information to either admit or deny the allegations, denies Paragraph 3.6 of Plaintiff's Amended Complaint.

3.7    This Defendant having insufficient information to either admit or deny the allegations, denies Paragraph 3.7 of Plaintiff's Amended Complaint.

3.8    This Defendant having insufficient information to either admit or deny the allegations, denies Paragraph 3.8 of Plaintiff's Amended Complaint.

3.9    This Defendant denies the allegations in Paragraph 3.9 of Plaintiff's Amended Complaint.

3.10    The allegations in Paragraph 3.10 of Plaintiff's Amended Complaint contain legal conclusions that do not require a response from this Defendant.  To the extent a response is required, this Defendant denies the same.

DEFENDANTS MASON COUNTY SHERIFF'S OFFICE (a governmental entity) and CASEY SALISBURY'S (in his capacity as Sheriff) ANSWER and AFFIRMATIVE DEFENSES TO PLAINTIFF'S AMENDED COMPLAINT and DEMAND FOR JURY - Page 6

**Carlson & McMahon, PLLC**
715 Washington Street
Post Office Box 2965
Wenatchee, WA  98807-2965
(509) 662-6131   Fax (509) 663-0679

## B.   42 USC 1983 DEPRIVATION OF CIVIL RIGHTS UNDER COLOR OF LAW

3.11   This Defendant restates and reasserts all responses and denials responding to the previous paragraphs of Plaintiff's Amended Complaint.

3.12   This Defendant denies Defendant Mondry was acting in his official capacity and under color of law pertaining to the allegations contained in Paragraph 3.12 of Plaintiff's Amended Complaint.  The remaining allegations in Paragraph 3.12 of Plaintiff's Amended Complaint do not require a response from this Defendant.  To the extent a response is required, this Defendant denies the same.

3.13   The allegations in Paragraph 3.13 of Plaintiff's Amended Complaint contain legal conclusions and assertions that do not require a response from this Defendant.  To the extent a response is required, this Defendant denies the same.

3.14   This Defendant denies the allegations in Paragraph 3.14 of Plaintiff's Amended Complaint as asserted against the Mason County Sheriff's Office.  To the extent the allegations of 3.14 are levied against other entities, no response is required from this Defendant.  To the extent a response is required, this Defendant denies the same.

3.15   This Defendant denies Paragraph 3.15 of Plaintiff's Amended Complaint.

DEFENDANTS MASON COUNTY SHERIFF'S OFFICE (a governmental entity) and CASEY SALISBURY'S (in his capacity as Sheriff) ANSWER and AFFIRMATIVE DEFENSES TO PLAINTIFF'S AMENDED COMPLAINT and DEMAND FOR JURY - Page 7

**Carlson & McMahon, PLLC**
715 Washington Street
Post Office Box 2965
Wenatchee, WA  98807-2965
(509) 662-6131    Fax (509) 663-0679

## C. SEXUAL HARASSMENT

3.16  This Defendant restates and reasserts all responses and denials responding to the previous paragraphs of Plaintiff's Amended Complaint.

3.17  This Defendant having insufficient information to either admit or deny the allegations, denies Paragraph 3.17 of Plaintiff's Amended Complaint.

3.18  This Defendant having insufficient information to either admit or deny the allegations, denies Paragraph 3.18 of Plaintiff's Amended Complaint.

3.19  This Defendant having insufficient information to either admit or deny the allegations, denies Paragraph 3.19 of Plaintiff's Amended Complaint.

3.20  This Defendant having insufficient information to either admit or deny the allegations, denies Paragraph 3.20 of Plaintiff's Amended Complaint.

3.21  This Defendant denies Paragraph 3.21 of Plaintiff's Amended Complaint.

## D. EMOTIONAL DISTRESS

3.22  This Defendant restates and reasserts all responses and denials responding to the previous paragraphs of Plaintiff's Amended Complaint.

3.23  This Defendant having insufficient information to either admit or deny the allegations, denies Paragraph 3.23 of Plaintiff's Amended Complaint.

3.24  This Defendant having insufficient information to either admit or deny the allegations, denies Paragraph 3.24 of Plaintiff's Amended Complaint.

DEFENDANTS MASON COUNTY SHERIFF'S OFFICE (a governmental entity) and CASEY SALISBURY'S (in his capacity as Sheriff) ANSWER and AFFIRMATIVE DEFENSES TO PLAINTIFF'S AMENDED COMPLAINT and DEMAND FOR JURY - Page 8

**Carlson & McMahon, PLLC**
715 Washington Street
Post Office Box 2965
Wenatchee, WA  98807-2965
(509) 662-6131   Fax (509) 663-0679

3.25 This Defendant denies Paragraph 3.25 of Plaintiff's Amended Complaint.

### E.   NEGLIGENCE

3.26 This Defendant restates and reasserts all responses and denials responding to the previous paragraphs of Plaintiff's Amended Complaint.

3.27 This Defendant denies Paragraph 3.27 of Plaintiff's Amended Complaint.

3.28 This Defendant denies Paragraph 3.28 of Plaintiff's Amended Complaint.

3.29 This Defendant denies Paragraph 3.29 of Plaintiff's Amended Complaint.

### IV  Request for Relief

This Defendant denies that Plaintiff is entitled to relief as set forth in this section of Plaintiff's Amended Complaint and should recover nothing.

### V.   AFFIRMATIVE DEFENSES

This Defendant having answered Plaintiff's Amended Complaint, asserts the following Affirmative Defenses:

DEFENDANTS MASON COUNTY SHERIFF'S OFFICE (a governmental entity) and CASEY SALISBURY'S (in his capacity as Sheriff) ANSWER and AFFIRMATIVE DEFENSES TO PLAINTIFF'S AMENDED COMPLAINT and DEMAND FOR JURY - Page 9

**Carlson & McMahon, PLLC**
715 Washington Street
Post Office Box 2965
Wenatchee, WA  98807-2965
(509) 662-6131   Fax (509) 663-0679

## I.

As a First Affirmative Defense, this Defendant alleges that the Plaintiff fails to state a cause of action against this Defendant upon which relief may be granted.

## II.

As a Second Affirmative Defense, this Defendant alleges that the Defendant Mason County Sheriff's Office is not a properly identified party susceptible to being named as a defendant.

## III.

As a Third Affirmative Defense, this Defendant alleges that Sheriff Casey Salisbury is entitled to Qualified Immunity as to all claims asserted against this Defendant and all claims asserted against this Defendant are barred by the Qualified Immunity legal doctrine.

## IV.

As a Fourth Affirmative Defense, this Defendant alleges that Plaintiff has failed to mitigate her damages, if any.

## V.

As a Fifth Affirmative Defense, this Defendant alleges that Plaintiff's claims are barred by the applicable statute of limitations.

DEFENDANTS MASON COUNTY SHERIFF'S OFFICE (a governmental entity) and CASEY SALISBURY'S (in his capacity as Sheriff) ANSWER and AFFIRMATIVE DEFENSES TO PLAINTIFF'S AMENDED COMPLAINT and DEMAND FOR JURY - Page 10

**Carlson & McMahon, PLLC**
715 Washington Street
Post Office Box 2965
Wenatchee, WA 98807-2965
(509) 662-6131   Fax (509) 663-0679

**VI.**

As a Sixth Affirmative Defense, this Defendant alleges that the named Plaintiff did not exercise the ordinary care, caution, or prudence to avoid the damages complained of in her Amended Complaint, and the damages complained of in Plaintiff's Amended Complaint were solely and proximately caused by the negligence of the Plaintiff.

**VII.**

As a Seventh Affirmative Defense, this Defendant alleges that the sole and proximate cause of the damages complained of in Plaintiff's Amended Complaint was the negligence and fault of parties over which this Defendant has no control.

**VIII.**

As an Eighth Affirmative Defense, this Defendant specifically reserves the right to add additional affirmative defenses, empty chair defendants, counterclaims, cross-claims, and third-party claims as they become known through the process of discovery.

**VII.   JURY DEMAND**

This Defendant requests this case be tried by a jury pursuant to FRCP 38.

DEFENDANTS MASON COUNTY SHERIFF'S OFFICE (a governmental entity) and CASEY SALISBURY'S (in his capacity as Sheriff) ANSWER and AFFIRMATIVE DEFENSES TO PLAINTIFF'S AMENDED COMPLAINT and DEMAND FOR JURY - Page 11

**Carlson & McMahon, PLLC**
715 Washington Street
Post Office Box 2965
Wenatchee, WA 98807-2965
(509) 662-6131   Fax (509) 663-0679

WHEREFORE, this Defendant having fully answered the Plaintiff's Amended Complaint prays that the same be dismissed with prejudice and that this Defendant have and recover costs expended herein.

RESPECTFULLY SUBMITTED THIS 6th day of JULY, 2022.

      CARLSON & McMAHON, PLLC

      By /s/ Patrick McMahon
        PATRICK McMAHON, WSBA #18809
        Attorney for Defendants Mason County
        Sheriff's Office and Sheriff Casey
        Salisbury

        715 Washington Street
        P.O. Box 2965
        Wenatchee, WA 98807-2965
        509-662-6131
        509-663-0679 Facsimile
        patm@carlson-mcmahon.org

WCRP05-002532\PLE ANSWER-070622

DEFENDANTS MASON COUNTY SHERIFF'S OFFICE (a governmental entity) and CASEY SALISBURY'S (in his capacity as Sheriff) ANSWER and AFFIRMATIVE DEFENSES TO PLAINTIFF'S AMENDED COMPLAINT and DEMAND FOR JURY - Page 12

**Carlson & McMahon, PLLC**
715 Washington Street
Post Office Box 2965
Wenatchee, WA 98807-2965
(509) 662-6131   Fax (509) 663-0679

# CERTIFICATION OF SERVICE

I declare under penalty of perjury under the laws of the State of Washington that on July 6, 2022, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Western District of Washington using the CM/ECF system which will send notification of such filing to:

John R. Bonin johnbonin@johnbonin.com

Ferdinand Josue Lugo Ortiz ferdinand.lugoortiz@atg.wa.gov

And/or I certify that I have mailed by United States Postal Service the foregoing to the following non CM/ECF participants:

Signed at Wenatchee, Washington on July 6, 2022.

/s/ Patrick McMahon
PATRICK McMAHON, WSBA #18809

DEFENDANTS MASON COUNTY SHERIFF'S OFFICE (a governmental entity) and CASEY SALISBURY'S (in his capacity as Sheriff) ANSWER and AFFIRMATIVE DEFENSES TO PLAINTIFF'S AMENDED COMPLAINT and DEMAND FOR JURY - Page 13

**Carlson & McMahon, PLLC**
715 Washington Street
Post Office Box 2965
Wenatchee, WA  98807-2965
(509) 662-6131   Fax (509) 663-0679