**HONORABLE DAVID G. ESTUDILLO**

John R. Bonin, WSBA #25760
Attorney for Plaintiff Courtney Jean Besch
John R. Bonin, P.S.
PO Box 783
Shelton, WA 98584

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| COURTNEY JEAN BESCH,<br>　　　　　　　　　Plaintiff,<br><br>vs.<br><br>CHRISTOPHER FLOE, individually and in his capacity as an employee of the State of Washington Department of Corrections AND MASON COUNTY SHERIFF'S OFFICE a governmental entity and Casey Salisbury in his capacity as Sheriff and Christopher Mondry individually and in his capacity as Deputy/employee of the Mason County Sheriff's Department,<br><br>　　　　　　　　　Defendants. | Case No.: 3:22-cv-05427<br><br>NOTICE OF SETTLEMENT |

Plaintiff, by and through counsel John R. Bonin, of John R. Bonin, P.S., hereby notifies the Court that a resolution with Defendant Christopher Mondry as of the date of this filing. Plaintiff intends to file a signed stipulation and order of dismissal with the Court as soon as the terms of the settlement are met.

Respectfully Submitted this 2nd day of April, 2025

_____
John R. Bonin, WSBA #25760
Attorney for Plaintiff

Notice of Settlement - 1

John R. Bonin, P.S.
PO Box 783
Shelton, WA 98584
T: (360) 427-7474
F: (360) 427-7475