UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| COURTNEY JEAN BESCH,<br><br>            Plaintiff,<br>    v.<br><br>WASHINGTON STATE DEPARTMENT OF CORRECTIONS et al.,<br><br>            Defendant. | CASE NO. 3:22-cv-05427-DGE<br><br>ORDER ON STIPULATED MOTION FOR DISMISSAL (DKT. NO. 196) |

On May 8, 2025, the remaining Parties in this litigation—Defendant Christopher Mondry, *pro se*, and Plaintiff Courtney Jean Besch—stipulated that "the matter has now been fully settled by private settlement between the parties" and requested that the Court dismiss the litigation with prejudice and without an award of costs or fees. (Dkt. No. 196 at 2.) Accordingly, this matter is DISMISSED with prejudice and without costs or fees awarded to either party.

 Dated this 12th day of May, 2025.

ORDER ON STIPULATED MOTION FOR DISMISSAL (DKT. NO. 196) - 1

David G. Estudillo
United States District Judge

ORDER ON STIPULATED MOTION FOR DISMISSAL (DKT. NO. 196) - 2